## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE and JANE DOE,

     *Plaintiffs,*

v.

SYRIAN ARAB REPUBLIC *et al.*,

     *Defendants*.

Case: 1:18-cv-00066    B Deck
Assigned To : Jackson, Ketanji Brown
Assign. Date : 1/11/2018
Description: PI/Malpractice

## ORDER

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and to Seal Personally Identifying Information, the Court ORDERS that:

1. The motion is GRANTED. The factors outlined in *Nat'l Ass'n of Waterfront Employers v. Chao*, 587 F. Supp. 2d 90, 99 (D.D.C. 2008) weigh in favor of granting Plaintiffs' motion; and

2. The affidavit submitted by Plaintiffs in support of their motion shall remain under seal.

**SO ORDERED.**

TIMOTHY J. KELLY
United States District Judge

Date: January 11, 2018